In the Matter of the Estate of EDWARD W. HELLWIG, Deceased. CATHARINE OSTERSTOCK, as Executrix of EDWARD W. HELLWIG, Deceased, Appellant; FLORENCE D. HELLWIG, Respondent.

Submitted April 5, 1943; decided April 15, 1943.

*John F. O'Ryan* and *Charles H. George* for motion.
*Thomas A. McGrath* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of RALPH C. TOBIN et al., Constituting the Board of Trustees of the Seventh Regiment Armory Building in the City of New York, Appellants, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate of the City of New York, Respondents.

Submitted April 5, 1943; decided April 15, 1943.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 119.)